IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2016 DEC 12 P 2:

Daniel B. Clark #194417 )
Full name and prison number )
of plaintiff(s) )
)
)
v. ) CIVIL ACTION NO. 2:16-cv-963-WHA
Anggie Baggot,Gloria Crosby, ) (To be supplied by Clerk of
) U.S. District Court)
N.Mcmullin,E.Wolfork,Ms.P.Jones,Ms)
)
Cassandra Lee,Cristy VincentSgt Frutral,Ms.Shepard,
)
Lt.Roseman(additional names )
will be added Bibb C.F. Hear of Classification
and her newiest assitant )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES ( ) NO ( x )

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES ( x ) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Daniel B. Clark

         Defendant(s) Warden Noe,Sgt Howard,C.O.Johnson
         C.O. XXX Odell,Rice

      2. Court (if federal court, name the district; if
         state court, name the county)
         Northern District for Alabama

1.Parties to this previous lawsuit:
Plaintiff:daniel B. Clark #194417

Defendant(s):Dr.Herring,Ms.Copeland,Ms.Likely,Ms.Dejarnett, Warden Crow,Warden Daniels,Lt Sewell,C.O. parks,C.O.Hill,Sgt. Calvin,C.O. winegrove

3.Docket #:2:16_CV-403-WHA

4.Name of Judge: Not yet identified

5.still pending

6.June1st 2016

7.N/A


Additional Defendnats:
7.Sgt.Futral -301 South Ripley Street, Motgomery,Al 36130

8.LT.SHEPARD -same for the above 301 South Ripley

9.Lt.Rosemann  Bibb C.F. 565 Bibb Lane Brent,Al 35034

10.Ms.C.Lee -same for Bibb C.F.

11.I wish to leave room to gather the names of two more Defendats in this matter.

3. Docket number _CV16-920-MHH-TMP_

4. Name of judge to whom case was assigned
   _Not yet_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _Pending_

6. Approximate date of filing lawsuit _June 2016_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Draper C.F._

   2828 Ala HWY 143, Elmore, Al 36025

   PLACE OF INSTITUTION WHERE INCIDENT OCCURRED

   A.T.E.F. and BIBB Co.C.F.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME / ADDRESS

   1. Ms. Anggie Baggot    301 S. Ripley St. Motgomery, Al 36130
   2. Ms. Gloria Crosby    102 Industrial Park Way, Columbiana, Al 35051
   3. E. Wolfork           102 Industrial Park Way, Columbiana, Al 35051
   4. N. Mcmullin          102 " SAME "
   5. Ms. P. Jomes         102
   6. Christy Vincent      301 S. Ripley St Motgomery, Al 36130

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Jan 2015-July 2016_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

   GROUND ONE: Cruelly and unusually punished

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)
I was sexually assualted by Ms.G.Crosby for over a 5 month period of time for which I reported what had happened and she was fired and the case is before the Shelby County Grand Jury for indictment,she was aided in this by Ms.N.Mcmullin and Ms.P.Jones,and E.Wolfork

GROUND TWO: I was retailated against
I reported this and Ms.Anggie Baggot and Bibb

SUPPORTING FACTS: Ms. Anggie Baggot took my custody for me reporting this and not finishing the program,yet I was being assulated sexually and once it was shown that it was true she took my custody and made me unable to continue in the stauts of Min_Comm

GROUND THREE: Chr    failure to protect under the law

SUPPORTING FACTS: Christy Vincent failed to have a PREA Officer at A.T.E.F. that I could report it to,not the phone of the staff at A.T.E.F.and because of such I was futher Sexually assualted and then retaliated upon.

Ground four:Sgt.Frutral,LT.Shepard,Christy Vincent, Anggie Baggot,(Bibb C.F. Head of Classification during that time) and   showed an Dilebrate indiffrance to me being victomized and te   treated me with complete disregards as the Victom and punished me and I have suffered allot of phsycal trama sent then from them taking my Work release custody.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I am sek seeking 1 million dollars compensotory damage from each individual and 2 million punitive damages(due to the sexual assualt from each individual complained against in their individual compacity,and for a PREA agent to be assigned to the A.T.E.F. program and any additional relief this Court deem just and fair.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
                    (Date)

_____
Signature of plaintiff(s)

4

Daniel B. Clark #194417
Draper C.F. I-2-16A
2828 Ala Hwy 143
Elmore, Al 36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

**LEGAL USE ONLY**



U.S. District Court
Middle District for Ala
One Church Street Suite B-110
Montgomery, Al 36104